### 10947. HODGES *et al.* v. THOMPSON *et al.*

BLOODWORTH, J. 1. The only special ground of the motion for a new trial complains of the refusal of the court to give to the jury a certain requested charge. "In order that this court may consider an exception to the judge's refusal to give a request to charge, it must appear not only that it was in writing, but also that it was tendered to the court before the jury retired 'to consider their verdict.'" *Shirley* v. *State,* 5 *Ga. App.* 611 (2) (63 S. E. 583); Penal Code (1910), § 1087. It does not so appear in this ground.
2. No error of law appearing, this court will not disturb a verdict where there is evidence to support it, as there is in this case, and where it is approved by the trial judge.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MARCH 2, 1920.

Action for damages; from city court of Monroe—Judge Stone. September 18, 1919.

*R. L. & H. C. Cox,* for plaintiffs in error.

*B. W. Fortson,* contra.